# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN M. RICHARDS,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES "GREG" COX, et al.,<br><br>    Respondents. | Case No. 3:12-CV-00419-RCJ-(VPC)<br><br>**ORDER** |

    Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted a petition for a writ of habeas corpus.  He did not submit an application to proceed in forma pauperis, nor did he pay the filing fee of five dollars ($5.00).  In a note attached to the petition and a subsequent notice (#3), petitioner states that he has asked prison officials to pay the fee.  However, the court has not yet received any money.

///
///
///
///
///
///
///
///
///

IT IS THEREFORE ORDERED petitioner shall file an application for leave to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner shall have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

Dated: September 24, 2012

_____
ROBERT C. JONES
Chief United States District Judge