# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JONATHAN M. RICHARDS,

    Petitioner,

vs.

JAMES "GREG" COX, et al.,

    Respondents.

Case No. 3:12-CV-00419-RCJ-(VPC)

**ORDER**

    The copy of order #4, instructing plaintiff to file an application to proceed in forma pauperis or to pay the filing fee, was returned in the mail with the notation that plaintiff is no longer in custody at the High Desert State Prison. Plaintiff has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

Dated: October 16, 2012.

_____
ROBERT C. JONES
Chief United States District Judge